## TRAVIS v. CHAMBERS.

SIMMONS, C. J. On the trial of a plea of exemption, filed by the principal debtor in a garnishment proceeding in a justice's court, a judgment against the plea should not be set aside on certiorari because the only evidence of the judgment on which the garnishment was based was the fi. fa. issued thereon. The introduction of the fi. fa. in evidence was sufficient proof of the judgment against the principal debtor.

*Judgment affirmed. All the Justices concur.*

Submitted July 14, — Decided August 11, 1904.

Certiorari. Before Judge Lumpkin. Fulton superior court. October 19, 1903.

*T. C. Battle,* for plaintiff in error, cited *Ga. R.* 1/367; 84/148; 90/756; 106/440; 107/223; 112/526; Black, Judg. §§ 604, 968.